TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00354-CR

Carl Compitello, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY

NO. 439,471, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

PER CURIAM

This is an appeal from a conviction for driving while intoxicated. Appellant has filed a
motion to withdraw the appeal. No decision of this Court has been delivered. The motion is granted and
the appeal is dismissed. The motion for remand is overruled. See Tex. R. App. P. 42.2(a).

Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellant's Motion

Filed: September 25, 1997

Do Not Publish